IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

William Lloyd Nichols, III,

        Debtors,

Doug Jones,

        Creditor.

Case No.: 19-21606
Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW C. Spence Stover, and pursuant to Bankruptcy Rule 9010, enters his appearance on behalf of Doug Jones and requests that copies of all documents filed with the Court be electronically served on said counsel to: spence@spencestoverlaw.com.

By: /s/ *C. Spence Stover*
C. Spence Stover, #21888
100 E. Park Street, Suite 8, #1
Olathe, Kansas 66061
913-791-9525
Fax: 913-791-9531
spence@spencestoverlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all appropriate parties electronically by the U.S. Bankruptcy Court's ECF System on this 20th day of August, 2019.

/s/ *C. Spence Stover*
*C. Spence Stover, #21888*